No. 82–5347. BRUINGTON, BY HIS MOTHER AND NEXT FRIEND, EZELLE, ET AL. *v.* CONN, SECRETARY, KENTUCKY DEPARTMENT FOR HUMAN RESOURCES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–5409. SETZER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–5432. JOHNSON *v.* HARRIS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 82–5460. KIRK *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5465. GREAVES *v.* WARREN. Sup. Ct. Ore. Certiorari denied.

No. 82–5469. HOLLAND ET AL. *v.* HUNTER COLLEGE CAMPUS SCHOOLS ET AL.; and HOLLAND *v.* RCA CORP. ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 697 F. 2d 291 (first case).

No. 82–5470. READ *v.* KUBINSKI ET AL. Sup. Ct. Del. Certiorari denied.

No. 82–5472. KYLE *v.* DONOVAN, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied.

No. 82–5475. COTTON *v.* FEDERAL LAND BANK OF CO-LUMBIA ET AL.; and
No. 82–5476. COTTON *v.* FEDERAL LAND BANK OF CO-LUMBIA ET AL. C. A. 11th Cir. Certiorari denied. Reported below: 676 F. 2d 1368.

No. 82–5478. MOORE *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.